UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING, INC., <br><br> Plaintiff, <br><br> v. <br><br> SIGNIFY HEALTH, LLC, <br><br> Defendant. | Case No. 23-cv-06234-RS <br><br> **ORDER DISMISSING ACTION** |

On April 2, 2024, plaintiff was ordered to show cause within two weeks why this case should not be dismissed, and was advised that if no response were filed, it would be dismissed without further notice. No response having been filed, and the time for doing so having expired, the action is dismissed, and the Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: May 10, 2024

_____
RICHARD SEEBORG
Chief United States District Judge